Opinion issued March 27, 2014



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00836-CV

———————————

## RITA LEMONS, Appellant

## V.

## JOYCE HICKMAN LEE, INDIVIDUALLY AND DBA CLASSIC MEDICAL & DENTAL CLINIC & JOEL PAYTON LEE INDIVIDUALLY AND DBA CLASSIC MEDICAL & DENTAL CLINIC, Appellees

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Case No. 2000-34109

## MEMORANDUM OPINION

Appellant, Rita Lemons, filed a notice of appeal on September 30, 2013. On January 29, 2014, we notified appellant that we might not have jurisdiction over this appeal because her notice of appeal did not identify any order or judgment

reviewable by this Court on appeal. We informed appellant that the appeal would be dismissed for want of jurisdiction unless she filed a response demonstrating that this Court has jurisdiction over this appeal. Appellant failed to file an adequate response. *See* TEX. R. APP. P. 42.3(c).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.